# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3097
LT Case No. 16-2022-CF-7584-A

_____

RAISHION GIST,

     Petitioner,

     v.

STATE OF FLORIDA,

     Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Obinna Anum, of Anum Law, Orange Park, for Petitioner.

No Appearance for Respondent.

December 13, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 12, 2024 judgment and sentence rendered in Case No. 16-2022-CF-7584-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____